AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CHARLES LEE BROWN ) | Case No: 3:02CR152-4 |
| ) | USM No: 19074-058 |
| Date of Previous Judgment: October 15, 2002 ) | D. Baker McIntyre, III |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❑ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  135  months **is reduced to**  120 months in Count 1 .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  37         Amended Offense Level:  25
Criminal History Category:  II         Criminal History Category:  II
Previous Guideline Range:  235  to  168  months    Amended Guideline Range:  188  to  235  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❑ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  While Defendant is eligible for a reduction of up to 107 months, the Court finds based on the nature and circumstances of the offense and the history and characteristics of the Defendant that an amended sentence of 120 months is the minimal sentence sufficient to accomplish the objectives of sentencing (18 U.S.C. § 3553(a)). This amended sentence for Count One does not affect the sentence previously imposed in Count Eleven regarding violation of 18 U.S.C. § 924(c).

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated  October 15, 2002  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 27, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge